UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SALITO CHILUVANE, )
) CASE NO. C13-2120-MJP
Petitioner, )
)
v. ) ORDER OF DISMISSAL
)
ICE FIELD OFFICE DIRECTOR, )
)
Respondent. )
)
)
_____ )

The Court, having reviewed petitioner's habeas corpus petition, Dkt. 1, respondent's return memorandum and motion to dismiss, Dkt. 5, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss, Dkt. 5, is GRANTED and this matter is DISMISSED without prejudice; and

//

ORDER OF DISMISSAL
PAGE -1

01       3.  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02           DATED this 21st day of February, 2014.

                                                    _____
                                                    Marsha J. Pechman
                                                    Chief United States District Judge

ORDER OF DISMISSAL
PAGE -2